FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.   2:19-CR-0052-WFN-1 |
| --- | --- |
| Plaintiff, | |
| -vs- | ORDER GRANTING MOTION TO AMEND JUDGMENT |
| IGNACIO GUZMAN-GURRUSQUITA, | |
| Defendant. | |

Pending before the Court is the Government's Motion to Amend Judgement. ECF No. 63. The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Amend Judgment, filed February 22, 2021, **ECF No. 63**, is **GRANTED**.

2. The amended judgment correcting the serial number for the Ruger, model P-95, shall be filed concurrently with this Order.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Shane Moore.

**DATED** this 26th day of February, 2021.

02-25-21 2

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER